No. 899. IRVING LEWIS *v.* UNITED STATES; and

No. 900. ROSE LEWIS *v.* UNITED STATES. May 20, 1940. Petition for writs of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Julian C. Ryer* and *Philip Lutz* for petitioners. *Solicitor General Biddle, Assistant Attorney General Rogge,* and

*Messrs. William W. Barron, Fred E. Strine, George F. Kneip,* and *W. Marvin Smith* for the United States. Reported below: 110 F. 2d 460.